UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE FENWICK BOOTH, JR | * | |
| | * | CIVIL ACTION NO. 2:14-CV-2421 |
| | * | |
| VERSUS | * | JUDGE FELDMAN |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| HARTFORD LIFE AND ACCIDENT | * | |
| INSURANCE COMPANY | * | |

*************************************************************************

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

CONSIDERING the Joint Motion to Dismiss With Prejudice and finding good cause for the granting of same:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss With Prejudice is granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by George Fenwick Booth, Jr. therein against Hartford Life and Accident Insurance Company and any named defendant be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that George Fenwick Booth, Jr. and Hartford Life and Accident Insurance Company shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __22nd__ day of __December__, 2014 in New Orleans, Louisiana.

_____
DISTRICT JUDGE